■ In the Matter of JEFFREY R. KORMAN, Appellant, v GERTRUDE S. STROHM et al., Respondents. In the Matter of STANLEY B. GREEN, Respondent, v BOARD OF ELECTIONS OF THE CITY OF NEW YORK, Respondent, and JEFFREY R. KORMAN, Appellant.—Judgment, Supreme Court, Bronx County (Lewis R.

Friedman, J.), entered on August 17, 1989, unanimously affirmed, without costs and without disbursements. No opinion. Concur—Rosenberger, J. P., Ellerin, Wallach and Smith, JJ.